## STATE OF CONNECTICUT *v.* EDWARD SMITH

The Supreme Court docket number is SC 16935.

*Eileen F. McCarthy*, assistant state's attorney, in support of the petition.

*David B. Bachman*, special public defender, in opposition.

Decided February 13, 2003

## STATE OF CONNECTICUT *v.* MARCUS GREGORY

*Kent Drager*, senior assistant public defender, in support of the petition.

*Susann E. Gill*, senior assistant state's attorney, in opposition.

Decided February 13, 2003

## JIMMIE COOPER *v.* CITY OF NEW HAVEN